IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LELA KYLE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 2:14-CV-02387 |
| ) | |
| JAMES K. BRANNON, M.D., ) | |
| ) | |
| Defendants. ) | |

### ORDER APPROVING SETTLEMENT AND ATTORNEYS' FEES, AND ORDER OF DISMISSAL WITH PREJUDICE

NOW on this 1st day of December, 2015, this case comes before the Court on the application for approval of a settlement of a medical malpractice claim. Plaintiff appears in person and through her attorney, Mark Beam-Ward of Beam-Ward, Kruse, Wilson & Fletes, LLC. Defendant appears through the undersigned counsel, Horn Aylward & Bandy, LLC. The plaintiff was sworn and an evidentiary hearing was conducted on the record. Trial by jury was expressly waived and plaintiff's claims are submitted to the Court upon the application and evidence adduced.

The Court, now being fully advised, finds that the proposed settlement and agreement is valid, just and equitable, and should be approved.

IT IS, THEREFORE, ORDERED, ADJUGED AND DECREED AS FOLLOWS:

(a) The Court hereby approves the Confidential Settlement Agreement and General Release ("Settlement Agreement") and all of its terms as set forth in the written agreement between plaintiff and defendant.

(b) The parties are hereby authorized and ordered to perform all of the terms and conditions set forth in the Settlement Agreement and in accordance with Kansas law.

(c) The settlement is valid, just and equitable.

2

(d) The parties have submitted a stipulation of dismissal with prejudice and this action is dismissed with prejudice as to all defendants.

(e) The defendants are hereby discharged from further liability and responsibility to the plaintiff or the related parties.

(f) All liens and claims shall be satisfied by plaintiff and the defendants shall not be liable for any such liens or claims.

(g) The fees and expenses charged by the attorneys representing the parties to this settlement are valid, just, equitable and reasonable and are hereby approved.

(h) Each party shall bear their own costs, fees and expenses in this action.

(i) The Settlement Agreement shall be confidential.

(j) Any payment to be made by the Kansas Medical Mutual Insurance Company shall be made in the time and manner specified under Kansas law.

Dated this 1ST day of December, 2015.

_____
District Court Judge

SUBMITTED BY:

_____
Mark Beam-Ward
Beam-Ward, Kruse, Wilson & Fletes, LLC
8695 College Blvd., Suite 200
Overland Park, KS 66210
(913) 339-6888
(913) 339-9653
mbeamward@bkwflaw.com

**Attorneys for Plaintiff**

and

2

_____
Brent G. Wright      KS #16297
Matthew T. Swift    KS #25375
Horn Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri 64108
(816) 421-0700
(816) 421-0899
bwright@hab-law.com
mswift@hab-law.com

**Attorneys for Defendant**

3